**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Avilla Motor Works, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-2099301** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **228 E 4th St**<br>**Avilla, IN 46710**<br>Number, Street, City, State & ZIP Code | **PO Box 407**<br>**Avilla, IN 46710**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Noble**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Avilla Motor Works, Inc.**                                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   **Avilla Motor Works, Inc.**                                    Case number (*if known*) _____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Avilla Motor Works, Inc.**
          Name                                                                          Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Avilla Motor Works, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  7, 2025**
MM / DD / YYYY

**X /s/ Royce E. Thacker II**                              **Royce E. Thacker II**
Signature of authorized representative of debtor          Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X /s/ Scot T. Skekloff**                                Date    **April  7, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Scot T. Skekloff 15849-02**
Printed name

**HallerColvin PC**
Firm name

**444 East Main Street**
**Fort Wayne, IN 46802**
Number, Street, City, State & ZIP Code

Contact phone    **(260) 426-0444**    Email address    **sskekloff@hallercolvin.com**

**15849-02 IN**
Bar number and State

---

## 11 U.S.C. §1116(1)(B) Statement

Debtor sets forth that no recent balance sheet, statement of operations, or cash flow statement has been prepared in 2025 to date and accordingly none are attached to the petition.  The 2024 tax return has also not yet been prepared.  The 2023 1120-S tax return for the corporation is attached.

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

**Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.**
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2023**

For calendar year 2023 or tax year beginning _____ , ending _____

| | |
|---|---|
| **A** S election effective date<br>04/01/2000 | **TYPE**<br>**OR**<br>**PRINT** |
| **B** Business activity code<br>number (see instructions)<br>488410 | |
| **C** Check if Sch. M-3 attached ☐ | |

Name
AVILLA MOTOR WORKS INC
Number, street, and room or suite no. If a P.O. box, see instructions.
P O BOX 407
City or town    AVILLA    State IN    ZIP code 46710
Foreign country name    Foreign province/state/county    Foreign postal code

**D** Employer identification number
35-2099301
**E** Date incorporated
04/01/2000
**F** Total assets (see instructions)
$ 592,748

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | 1,083,935 **b** Less returns and allowances | |
| | | **c** Balance | **1c** 1,083,935 |
| 2 | Cost of goods sold (attach Form 1125-A) | | **2** 208,274 |
| 3 | Gross profit. Subtract line 2 from line 1c | | **3** 875,661 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** 63,659 |
| 5 | Other income (loss) (see instructions—attach statement) | | **5** |
| 6 | **Total income (loss).** Add lines 3 through 5 | | **6** 939,320 |

### Deductions (see instructions for limitations)

| | | |
|---|---|---:|
| 7 | Compensation of officers (see instructions — attach Form 1125-E) | **7** 79,317 |
| 8 | Salaries and wages (less employment credits) | **8** 358,520 |
| 9 | Repairs and maintenance | **9** |
| 10 | Bad debts | **10** |
| 11 | Rents | **11** 30,250 |
| 12 | Taxes and licenses | **12** |
| 13 | Interest (see instructions) | **13** 33,808 |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** 236,949 |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | **15** |
| 16 | Advertising | **16** 11,532 |
| 17 | Pension, profit-sharing, etc., plans | **17** |
| 18 | Employee benefit programs | **18** |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) | **19** |
| 20 | Other deductions (attach statement) | **20** 163,587 |
| 21 | **Total deductions.** Add lines 7 through 20 | **21** 913,963 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | **22** 25,357 |

### Tax and Payments

| | | | |
|---|---|---|---:|
| 23a | Excess net passive income or LIFO recapture tax (see instructions) | **23a** | |
| b | Tax from Schedule D (Form 1120-S) | **23b** | |
| c | Add lines 23a and 23b (see instructions for additional taxes) | | **23c** |
| 24a | Current year's estimated tax payments and preceding year's<br>overpayment credited to the current year | **24a** | |
| b | Tax deposited with Form 7004 | **24b** | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | **24c** | |
| d | Elective payment election amount from Form 3800 | **24d** | |
| z | Add lines 24a through 24d | | **24z** |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | **25** |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | **26** |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | **27** |
| 28 | Enter amount from line 27: Credited to 2024 estimated tax _____ Refunded | | **28** |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date 02/12/24  Title P/1200

May the IRS discuss this return with the preparer shown below?
See instructions ☒ Yes ☐ No

### Paid Preparer Use Only

| | | | |
|---|---|---|---|
| Print/Type preparer's name<br>AMBER PRINCE EA | Preparer's signature<br>AMBER PRINCE EA | Date<br>2-12-24 | Check ☐ if<br>self-employed  PTIN P00718395 |
| Firm's name  R & L TAX SERVICE LLC | | | Firm's EIN 61-1425296 |
| Firm's address  1801 IDA RED ROAD | | | Phone no. 260-347-3340 |
| City KENDALLVILLE | | State IN | ZIP code 46755 |

**For Paperwork Reduction Act Notice, see separate instructions.**
BCA

Form **1120-S** (2023)

Form 1120-S (2023)    AVILLA MOTOR WORKS INC    35-2099301    Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | | **Yes** | **No** |
|---|---|---|---|---|---|---|---|

**1** Check accounting method: **a** [X] Cash **b** [ ] Accrual

**c** [ ] Other (specify) ....................................................................

**2** See the instructions and enter the:

**a** Business activity GARAGE .......................... **b** Product or service REPAIR WORK ...................

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a
nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . | | X

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any
foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v)
below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | 0.000 | |
| | | | 0.000 | |
| | | | 0.000 | |
| | | | 0.000 | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or
capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a
trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | 0.000 |
| | | | | 0.000 |
| | | | | 0.000 |
| | | | | 0.000 |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . | | X

If "Yes," complete lines (i) and (ii) below.

**(i)** Total shares of restricted stock . . . . . . . . . . . . . ...................................................

**(ii)** Total shares of non-restricted stock . . . . . . . . . . . . ...................................................

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . | | X

If "Yes," complete lines (i) and (ii) below.

**(i)** Total shares of stock outstanding at the end of the tax year . . . ...................................................

**(ii)** Total shares of stock outstanding if all instruments were executed ...................................................

**6** Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide
information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . [ ]

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount
Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a
basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and**
**(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in
gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . $...................................

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business
in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . | | X

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years
preceding the current tax year are more than $29 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach **Form 8990,** Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . | | X

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

Form **1120-S** (2023)

Form 1120-S (2023)    AVILLA MOTOR WORKS INC    35-2099301 Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . $ _____ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . | | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? . . . . . . . . . | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . $ _____ | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions . . . . | | | X |

| Schedule K | | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . . . . . | 1 | | 25,357 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . | 2 | | |
| | 3a | Other gross rental income (loss) . . . . . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . | 3c | | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . | 4 | | 925 |
| | 5 | Dividends: **a** Ordinary dividends . . . . . . . . . . | 5a | | |
| | | **b** Qualified dividends . . . . . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . | 6 | | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . | 7 | | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . | 8a | | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . | 9 | | |
| | 10 | Other income (loss) (see instructions) . . . . . . Type: | 10 | | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . | 11 | | 25,000 |
| | 12a | Charitable contributions . . . . . . . . . . . . . . | 12a | | 2,501 |
| | b | Investment interest expense . . . . . . . . . . . . | 12b | | |
| | c | Section 59(e)(2) expenditures . . . . . . . . . Type: _____ | 12c | | |
| | d | Other deductions (see instructions) . . . . . . Type: _____ | 12d | | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . | 13a | | |
| | b | Low-income housing credit (other) . . . . . . . . . . . | 13b | | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . | 13c | | |
| | d | Other rental real estate credits (see instructions) . . Type: _____ | 13d | | |
| | e | Other rental credits (see instructions) . . . . . . Type: _____ | 13e | | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . | 13f | | |
| | g | Other credits (see instructions) . . . . . . . . . Type: | 13g | | |
| International | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . ☐ | | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . | 15a | | 40,058 |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . | 15b | | -16,284 |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . | 15c | | |
| | d | Oil, gas, and geothermal properties—gross income . . . . . . . | 15d | | |
| | e | Oil, gas, and geothermal properties—deductions . . . . . . . . | 15e | | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . | 15f | | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income . . . . . . . . . . . . . | 16a | | |
| | b | Other tax-exempt income . . . . . . . . . . . . . | 16b | | |
| | c | Nondeductible expenses . . . . . . . . . . . . . | 16c | | |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . | 16d | | |
| | e | Repayment of loans from shareholders . . . . . . . . . | 16e | | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . | 16f | | |

Form **1120-S** (2023)

Form 1120-S (2023)    AVILLA MOTOR WORKS INC    35-2099301    Page **4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| **Other Information** | **17a** | Investment income | 17a | |
| | **b** | Investment expenses | 17b | |
| | **c** | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** | Other items and amounts (attach statement) | | |
| **Reconciliation** | **18** | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | -1,219 |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 53,944 | | 33,182 |
| 2a | Trade notes and accounts receivable | | | 13,803 | |
| b | Less allowance for bad debts | | | | 13,803 |
| 3 | Inventories | | 27,916 | | 14,300 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 1,287,468 | | 1,279,468 | |
| b | Less accumulated depreciation | 639,374 | 648,094 | 748,005 | 531,463 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 729,954 | | 592,748 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 72,892 | | 23,644 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 596,227 | | 509,488 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 1,000 | | 1,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 59,835 | | 58,616 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 729,954 | | 592,748 |

Form **1120-S** (2023)

Form 1120-S (2023)   AVILLA MOTOR WORKS INC                                       35-2099301              Page **5**

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . | -1,219 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest      $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation   $ | | a | Depreciation      $ | |
| b | Travel and entertainment    $ | | 7 | Add lines 5 and 6 . . . . . . . . . . | |
| | | | 8 | Income (loss) (Schedule K, line 18). | |
| 4 | Add lines 1 through 3 . . . . . . . | -1,219 | | Subtract line 7 from line 4 . . . . . . | -1,219 |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . | 59,835 | | | |
| 2 | Ordinary income from page 1, line 22 . . . | 25,357 | | | |
| 3 | Other additions . . . . . . . . . . . | 925 | | | |
| 4 | Loss from page 1, line 22 . . . . . . . . | | | | |
| 5 | Other reductions . . . . . . . . . . | 27,501 | | | |
| 6 | Combine lines 1 through 5 . . . . . . . | 58,616 | | | |
| 7 | Distributions . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . | 58,616 | | | |

Form **1120-S** (2023)

**Form 1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| AVILLA MOTOR WORKS INC | 35-2099301 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . | 1 | 27,916 |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 194,658 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . . | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . | 6 | 222,574 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . | 7 | 14,300 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . . . . . | 8 | 208,274 |

**9 a** Check all methods used for valuing closing inventory:

  (i) ☒ Cost

  (ii) ☐ Lower of cost or market

  (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9d | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**For Paperwork Reduction Act Notice, see instructions.**

BCA

Form **1125-A** (Rev. 11-2018)

Form **1125-E**

(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S**
▶ **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name
AVILLA MOTOR WORKS INC

Employer Identification number
35-2099301

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1   JEFFREY WATSON | ████████ | 100.0 % | 0.0 % | 0.0 % | 79,317 |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |
| | | 0.0 % | 0.0 % | 0.0 % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 79,317 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 79,317 |

**For Paperwork Reduction Act Notice, see separate instructions.**
BCA

Form **1125-E** (Rev. 10-2016)

**US 1120S**        **Page 3, Line 12A - Charitable Contributions**        **2023**

Name: AVILLA MOTOR WORKS INC                                          EIN: 35-2099301

| | Type | Amount |
|---|---|---|
| 1 | Cash contributions - 60% | 2,501 |
| 2 | Cash contributions - 30% | |
| 3 | Noncash contributions - 50% | |
| 4 | Noncash contributions - 30% | |
| 5 | Capital gain property to a 50% organization - 30% | |
| 6 | Capital gain property - 20% | |
| 7 | Contributions - 100% | |

© 2023 Universal Tax Systems, Inc. and/or its affiliates and licensors. All rights reserved.

US112SA1

671121

| Final K-1 | Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1
## (Form 1120-S)

**2023**

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year

beginning _____ ending _____

### Shareholder's Share of Income, Deductions, Credits, etc.

See separate instructions.

| **Part I** | **Information About the Corporation** |

**A** Corporation's employer identification number
35-2099301

**B** Corporation's name, address, city, state, and ZIP code

AVILLA MOTOR WORKS INC

P O BOX 407
AVILLA IN 46710

**C** IRS Center where corporation filed return
CINCINNATI

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . . . . 1000
End of tax year . . . . . . . . . . . 1000

| **Part II** | **Information About the Shareholder** |

**E** Shareholder's identifying number

**F** Shareholder's name, address, city, state, and ZIP code

JEFFREY WATSON

P O BOX 407
AVILLA IN 46710

**G** Current year allocation percentage . . . . . . 100.000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . . . 1000
End of tax year . . . . . . . . . . . 1000

**I** Loans from shareholder
Beginning of tax year . . . . . . . . . $ _____
End of tax year . . . . . . . . . . $ _____

For IRS Use Only

---

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |

| 1 | Ordinary business income (loss) | 13 | Credits |
| | 25,357 | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 925 | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . . ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| | | A | 40,058 |
| 7 | Net short-term capital gain (loss) | | |
| | | B | -16,284 |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| 10 | Other income (loss) | | |
| | | 17 | Other information |
| | | V | |
| 11 | Section 179 deduction | | |
| | 25,000 | | |
| 12 | Other deductions | | |
| A | 2,501 | | |
| 18 | More than one activity for at-risk purposes* | | |
| 19 | More than one activity for passive activity purposes* | | |

\* See attached statement for additional information.

**US 1120S**                    **Line 19 - Other Deductions**                    **2023**

Name: AVILLA MOTOR WORKS INC                                    ID number: 35-2099301

| Type: | | |
|---|---|---|
| Accounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Amortization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Answering service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Auto and truck expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 17,725 |
| Bank charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Computer expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Delivery and freight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Dues and subscriptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Entertainment and promotion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Gifts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 64,376 |
| Janitorial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Laundry and cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Legal and professional fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Licenses and permits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Meals: | at 50% | |
| | at 80% - DOT hours of service | |
| | at 100% - See instructions . . . . . . . . . . . . | |
| Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Office expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 19,334 |
| Outside service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12,638 |
| Parking fees and tolls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Postage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Sales expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 6,936 |
| Temporary help . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Trade show expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Training and seminars . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Uniforms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7,748 |
| EMPLOYER TAXES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 33,435 |
| INTERNET . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,395 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 163,587 |

© 2023 Universal Tax Systems, Inc. and/or its affiliates and licensors. All rights reserved.                                    USWSA$$1

| Form **4797** | | **Sales of Business Property** (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) | | | | | OMB No. 1545-0184 |
|---|---|---|---|---|---|---|---|
| | | | | | | | **2023** |
| Department of the Treasury Internal Revenue Service | | **Attach to your tax return.** Go to *www.irs.gov/Form4797* for instructions and the latest information. | | | | | Attachment Sequence No. **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| AVILLA MOTOR WORKS INC | 35-2099301 |

| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2023 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions . . . . . . . . . . . . . | | **1a** | |
|---|---|---|---|---|
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **1b** | |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **1c** | |

### Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| **2** | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| **3** | Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
|---|---|---|---|
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows . . . . . . | **7** | |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions . . . . . . . . . . . . | **8** | |
|---|---|---|---|
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions . . . . . . . . . . . . | **9** | |

### Part II — Ordinary Gains and Losses (see instructions)

| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | | | | | |
|---|---|---|---|---|---|---|---|
| 2008 PETERBI | | 08/24/2022 | 02/26/2023 | 125,000 | 76,659 | 138,000 | 63,659 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| **11** | Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | ( ) |
|---|---|---|---|
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . . . . . . | **12** | |
| **13** | Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . . . . . . . | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . . . . . . | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . | **16** | |
| **17** | Combine lines 10 through 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 63,659 |

| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
|---|---|---|---|
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions . . . . . . . . . . | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18b** | |

**For Paperwork Reduction Act Notice, see separate instructions.**        Form **4797** (2023)
BCA

| Form **4562** | | **Depreciation and Amortization** | | OMB No. 1545-0172 |
|---|---|---|---|---|
| | | **(Including Information on Listed Property)** | | **2023** |
| Department of the Treasury<br>Internal Revenue Service | | **Attach to your tax return.**<br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | | Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| AVILLA MOTOR WORKS INC | 1120S | 35-2099301 |

**Part I**   **Election To Expense Certain Property Under Section 179**
*Note: If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---:|
| 1 | Maximum amount (see instructions) | **1** | 1,160,000 |
| 2 | Total cost of section 179 property placed in service (see instructions). | **2** | 130,000 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,890,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 1,160,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | 2009 FORD F750 | 130,000 | 25,000 | |

| | | | | |
|---|---|---|---|---:|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | 25,000 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | 25,000 |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562. | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | 25,357 |
| 12 | Section 179 property deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | 25,000 |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | **13** | | |

*Note: Don't use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**   **Special Depreciation Allowance and Other Depreciation (Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---:|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**   **MACRS Depreciation (Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---:|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | **17** | 215,949 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | ☐ | |

**Section B - Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---:|
| 19 a  3-year property | | | | | | |
| b  5-year property | | 105,000 | 5 | HY | 200 DB | 21,000 |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | 0.0 | MM | S/L | |

**Section C - Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

**Part IV**   **Summary** (See instructions.)

| | | | |
|---|---|---|---:|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 236,949 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.                                    Form **4562** (2023)
BCA

**Fill in this information to identify the case:**

Debtor name    **Avilla Motor Works, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Petition Attachment - 11 U.S.C. §1116(1)(B) statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  7, 2025**          X **/s/ Royce E. Thacker II**
                                                    Signature of individual signing on behalf of debtor

                                                    **Royce E. Thacker II**
                                                    Printed name

                                                    **CEO**
                                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Avilla Motor Works, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF INDIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ashley Richards, Individually and as Parent/Guardian of a Minor Child c/o Matthew Thomas Kavanagh, Esq. 931 South Rangeline Road Carmel, IN 46032** | **Ashley Richards MatthewK@getstewart.com** | | **Disputed** | | | **$0.00** |
| **Banker's Bank PO Box 1000 Fort Wayne, IN 46801** | **cardsupport@bankersbank.com** | **Business debt (Farmers and Merchants credit card)** | | | | **$2,100.00** |
| **Car Recyclers 13685 N SR 13 North Manchester, IN 46962** | **katrina.kerlin@car-recyclers.com** | **Business debt** | | | | **$2,200.00** |
| **Chase Card Services Cardmember Service PO Box 6294 Carol Stream, IL 60197-6294** | **gts.client.services @jpmchase.com** | **Business debt** | | | | **$63,921.58** |
| **Farmers & Merchants Bank 6464 Merchants Dr Laotto, IN 46763** | **jgump@fmfbank.com** | **Bank Loans** | | **$460,131.16** | **$15,000.00** | **$103,131.16** |
| **Farmers & Merchants Bank 6464 Merchants Dr Laotto, IN 46763** | **jgump@fmfbank.com** | **Thacker Real Estate, LLC loan** | **Contingent** | **$192,200.63** | **Unknown** | **Unknown** |

Debtor   **Avilla Motor Works, Inc.**                                    Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fuelman / Corpay Attn: Customer Service PO Box 1239 Covington, LA 70434** | **fuelmanfleetcard@fleetcor.com** | **Fuel charges** | | | | $11,013.69 |
| **Funding Metrics, LLC dba Lendini (Updtd) 3220 Tillman Drive Suite 200 Bensalem, PA 19020** | **info@fundingmetrics.com** | **MCA loan** | | | | $26,663.00 |
| **Hedingers Equipment 321 S. Wilder St. Greensburg, IN 47240** | **timh@hedingers.com** | **Business debt** | | | | $2,937.12 |
| **Huntington National Bank 11100 Wayzata Blvd #700 Hopkins, MN 55305** | **efcustomerservice@huntington.com** | **2020 Ram 5500 w/Vulcan 810 Wrecker VIN 3C7WRNBL2LG143698** | | $77,000.00 | $70,000.00 | $7,000.00 |
| **Huntington National Bank 11100 Wayzata Blvd #700 Hopkins, MN 55305** | **efcustomerservice@huntington.com** | **Truck financing** | | $129,000.00 | $115,000.00 | $115,000.00 |
| **Pearl Delta Funding, LLC 112 W 34th St, 18th Fl New York, NY 10120** | **t.j.cohen.attorney@gmail.com** | **MCA loan** | | | | $41,506.00 |
| **Selking International & Idealease 2807 Goshen Rd. Fort Wayne, IN 46808** | **Angie Baumann angiebaumann@selkinginternational.com** | **Business debt** | | | | $1,988.64 |
| **Stoops Freightliner 12247 Declaration Dr New Haven, IN 46774-9495** | **John Hermsen fax: (563) 556-3420** | **Business debt** | | | | $3,970.79 |
| **SuperFleet Mastercard P.O. Box 70995 Charlotte, NC 28272-0995** | **kcrews@williamsandwilliams.com** | **Account charges** | | | | $9,775.56 |

Debtor    **Avilla Motor Works, Inc.**                                      Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tireville Automotive & Tire Center 4490 State Hwy 327 Faunsdale, AL 36738** | **fax: (260) 422-2722** | **Tires, parts** | | | | **$5,568.38** |
| **Unifirst Corporation 4520 Secretary Drive Fort Wayne, IN 46808** | **jennifer_kunderd@ unifirst.com** | **Uniform services** | | | | **$8,359.95** |
| **Watson, Jeffrey 1522 Windsor Rd Fort Wayne, IN 46825** | **tclaxton@burtblee. com** | **Business debt** | **Contingent Disputed** | | | **$1,300,000.00** |
| **Weller Truck Parts 1500 Gezon Parkway SW Wyoming, MI 49509** | **fax: (906) 205-2808** | **Parts** | | | | **$4,378.65** |
| **Zips Truck Equipment, Inc. 316 N Milwaukee St PO Box 511 New Hampton, IA 50659** | **Melissa Boeck melissa@zips.com** | **Supplies - business debt** | | | | **$1,474.86** |

---

**Fill in this information to identify the case:**

Debtor name    **Avilla Motor Works, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................................    $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................    $     **636,483.51**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................    $     **636,483.51**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **858,331.79**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **1,485,858.22**

4.  **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b

$     **2,344,190.01**

**Fill in this information to identify the case:**

Debtor name    **Avilla Motor Works, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$215.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Farmers & Merchants Bank** | **Checking** | **2402** | **$7,703.03** |
| 3.2. | **Farmers & Merchants Bank** | **Savings** | **2470** | **$139.19** |
| 3.3. | **Farmers & Merchants Bank** | **Savings** | **5210** | **$9.50** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$8,066.72**

**Part 2:      Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

Debtor    **Avilla Motor Works, Inc.**                                    Case number *(If known)* _____
        Name

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | | |
|---|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 26,403.54 | - | 0.00 | = .... | $26,403.54 |
| | | face amount | | doubtful or uncollectible accounts | | |
| | 11a. 90 days old or less: | 28,513.25 | - | 20,413.75 | = .... | $8,099.50 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $18,304.04 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Filters, oil, misc light replacements** | | $5,000.00 | | $5,000.00 |

| 23. | **Total of Part 5.** | $5,000.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **Avilla Motor Works, Inc.**                              Case number *(If known)* _____
　　　　　Name

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** <br> Desks, chairs, computer shelves | **$15,500.00** | | **$3,500.00** |
| Three computers | **$2,500.00** | | **$2,500.00** |

**40.**　　Office fixtures

**41.**　　Office equipment, including all computer equipment and communication systems equipment and software

**42.**　　Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**　　Total of Part 7.                                                                                    **$6,000.00**
　　　　Add lines 39 through 42.  Copy the total to line 86.

**44.**　　Is a depreciation schedule available for any of the property listed in Part 7?
　　　　☑ No
　　　　☐ Yes

**45.**　　Has any of the property listed in Part 7 been appraised by a professional within the last year?
　　　　☑ No
　　　　☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**　　Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.　**1981 International COE** <br> VIN 1HTL2327XBGA12952 | **$15,000.00** | Debtor estimate | **$15,000.00** |
| 47.2.　**1989 Peterbilt 379** <br> VIN 1XP5D29X5KD278232 | **$12,000.00** | Debtor estimate | **$12,000.00** |
| 47.3.　**1996 Kenworth T800 Rotator** <br> VIN 1XKDDROX8TJ942890 | **$200,000.00** | Debtor estimate | **$150,000.00** |

Debtor    **Avilla Motor Works, Inc.**                                    Case number *(If known)* _____
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 47.4. | **2009 Ford F750 16-Ton Wrecker**<br>**VIN 3FRXF75G29V149190** | **$100,000.00** | **Debtor estimate** | | **$75,000.00** |
| 47.5. | **2023 Freightliner F650 Rollback**<br>**VIN 1FVACWFC58HWX2634** | **$105,000.00** | **Debtor estimate** | | **$105,000.00** |
| 47.6. | **2020 Ram 5500 w/Vulcan 810 Wrecker**<br>**VIN 3C7WRNBL2LG143698** | **$77,000.00** | **Debtor estimate** | | **$70,000.00** |
| 47.7. | **2025  International MV607 w/21.5'**<br>**CEntury 12 Series LCG Steel Carrier**<br>**VIN 1HTEUMML8SS106650** | **$129,000.00** | **Debtor estimate** | | **$115,000.00** |

48.       **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
           floating homes, personal watercraft, and fishing vessels

49.       **Aircraft and accessories**

50.       **Other machinery, fixtures, and equipment (excluding farm**
           **machinery and equipment)**
           **Skid steer**                                   **$5,500.00**                                      **$5,500.00**

           **30 Ton Zack lift (on the 1989 Peterbilt)**        **Unknown**                                    **$15,000.00**

51.       **Total of Part 8.**                                                                    | **$562,500.00** |
           Add lines 47 through 50.  Copy the total to line 87.

52.       **Is a depreciation schedule available for any of the property listed in Part 8?**
           ☐ No
           ☑ Yes

53.       **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
           ☑ No
           ☐ Yes

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60.       **Patents, copyrights, trademarks, and trade secrets**

61.       **Internet domain names and websites**

Debtor    **Avilla Motor Works, Inc.**                                    Case number *(If known)* _____
           Name

           **http//:avillamotorworks** _____    **$0.00** _____    _____    **$0.00**

---

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                         | **$0.00** |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☑ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☑ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Avilla Motor Works, Inc.**
     Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,066.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $54,916.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $562,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $636,483.51 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $636,483.51 |

---

**Fill in this information to identify the case:**

Debtor name  **Avilla Motor Works, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property               12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Farmers & Merchants Bank** <br> Creditor's Name <br><br><br><br> **6464 Merchants Dr Laotto, IN 46763** <br> Creditor's mailing address <br><br> **jgump@fmfbank.com** <br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **1989 Peterbilt 379-1XP5D29X5KD278 1996 Kenworth T800 Rotator-1XKDDROX8TJ942890 2000 Ford F750 Wrecker-3FRXF75G29V149190 1981 Internat'l COE-VIN 1HTL2327XBGA12952 2023 Freightliner F650 Rollback-VIN 1FVACWFC58H** <br><br> **Describe the lien** <br> **Bank Loans** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$460,131.16** | **$391,503.00** |
| **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **2.2** **Farmers & Merchants Bank** <br> Creditor's Name <br><br> **6464 Merchants Dr Laotto, IN 46763** <br> Creditor's mailing address <br><br> **jgump@fmfbank.com** <br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **Thacker Real Estate, LLC loan** <br><br><br> **Describe the lien** <br> **Bank Loan** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$192,200.63** | **Unknown** |

Debtor  **Avilla Motor Works, Inc.**
_____
Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | $129,000.00 | $115,000.00 |

Creditor's Name

**2025 International MV607 w/21.5' Century 12 Series LCG Steel Carrier;**
**2020 Ram 5500 w/Vulcan 810 Wrecker**
**VIN 3C7WRNBL2LG143698**
**VIN 1HTEUMML8SS106650**

**11100 Wayzata Blvd #700 Hopkins, MN 55305**
Creditor's mailing address

**Describe the lien**
**Truck financing**

Is the creditor an insider or related party?
☑ No
☐ Yes

**efcustomerservice@huntington.com**
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**08/19/2024**
**Last 4 digits of account number**
**6500**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | $77,000.00 | $70,000.00 |

Creditor's Name

**2020 Ram 5500 w/Vulcan 810 Wrecker**
**VIN 3C7WRNBL2LG143698**

**11100 Wayzata Blvd #700 Hopkins, MN 55305**
Creditor's mailing address

**Describe the lien**
**Truck financing**

Is the creditor an insider or related party?
☑ No
☐ Yes

**efcustomerservice@huntington.com**
Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**8/19/2024**
**Last 4 digits of account number**
**4865**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $858,331.79 |

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **Avilla Motor Works, Inc.**
_____
Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Avilla Motor Works, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**Ashley Richards, Individually and as Parent/Guardian of a Minor Child**
**c/o Matthew Thomas Kavanagh, Esq.**
**931 South Rangeline Road**
**Carmel, IN 46032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Amount of claim: Unknown**

---

**3.2**   Nonpriority creditor's name and mailing address

**Banker's Bank**
**PO Box 1000**
**Fort Wayne, IN 46801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt (Farmers and Merchants credit card)**

Is the claim subject to offset? ☑ No ☐ Yes

**Amount of claim: $2,100.00**

---

**3.3**   Nonpriority creditor's name and mailing address

**Car Recyclers**
**13685 N SR 13**
**North Manchester, IN 46962**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

**Amount of claim: $2,200.00**

---

**3.4**   Nonpriority creditor's name and mailing address

**Chase Card Services**
**Cardmember Service**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred _

Last 4 digits of account number _ 9002

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt - credit card**

Is the claim subject to offset? ☑ No ☐ Yes

**Amount of claim: $63,921.58**

| Debtor | **Avilla Motor Works, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,013.69** |
|---|---|---|---|

**Fuelman / Corpay**
**Attn: Customer Service**
**PO Box 1239**
**Covington, LA 70434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Fuel charges

Last 4 digits of account number  **8480**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,663.00** |
|---|---|---|---|

**Funding Metrics, LLC dba Lendini (Updtd)**
**3220 Tillman Drive**
**Suite 200**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  MCA loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,937.12** |
|---|---|---|---|

**Hedingers Equipment**
**321 S. Wilder St.**
**Greensburg, IN 47240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,506.00** |
|---|---|---|---|

**Pearl Delta Funding, LLC**
**112 W 34th St, 18th Fl**
**New York, NY 10120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9.11.2024**

**Basis for the claim:**  MCA loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,988.64** |
|---|---|---|---|

**Selking International & Idealease**
**2807 Goshen Rd.**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,970.79** |
|---|---|---|---|

**Stoops Freightliner**
**12247 Declaration Dr**
**New Haven, IN 46774-9495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,775.56** |
|---|---|---|---|

**SuperFleet Mastercard**
**P.O. Box 70995**
**Charlotte, NC 28272-0995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account charges

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Avilla Motor Works, Inc.**
_____    Case number (if known) _____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,568.38 |

**Tireville Automotive & Tire Center**
**4490 State Hwy 327**
**Faunsdale, AL 36738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tires, parts

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,359.95 |

**Unifirst Corporation**
**4520 Secretary Drive**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Uniform services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300,000.00 |

**Watson, Jeffrey**
**1522 Windsor Rd**
**Fort Wayne, IN 46825**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  Dec 2025

Basis for the claim:  Purchase of business

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,378.65 |

**Weller Truck Parts**
**1500 Gezon Parkway SW**
**Wyoming, MI 49509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Parts

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,474.86 |

**Zips Truck Equipment, Inc.**
**316 N Milwaukee St**
**PO Box 511**
**New Hampton, IA 50659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Supplies - business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Burt Blee Dixon Sutton & Bloom LLP**<br>**200 E. Main Street, Suite 1000**<br>**Fort Wayne, IN 46802** | Line  3.12 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **JPMorgan Chase Bank, N.A.**<br>**Mail Code LA4-7100**<br>**700 Kansas Lane**<br>**Monroe, LA 71203** | Line  3.4 <br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Avilla Motor Works, Inc.**
_____
Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Kenneth T. Crews**<br>**Williams & Williams**<br>**1612 NE Expressway**<br>**Atlanta, GA 30329** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Law Office of Progressive Grp of Ins Cos**<br>**Attn: David Edward Jacuk**<br>**111 Congressional Blvd**<br>**Carmel, IN 46032** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Theodore Jon Cohen**<br>**Pearl Capital**<br>**410 Jericho Turnpike #220**<br>**Jericho, NY 11753** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Timothy Claxton, Esq.**<br>**Burt Blee Dixon Sutton & Bloom LLP**<br>**200 E. Main Street, Suite 1000**<br>**Fort Wayne, IN 46802** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,485,858.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,485,858.22 |

**Fill in this information to identify the case:**

Debtor name   **Avilla Motor Works, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest — **Month-to-month lease, $200/month Overflow lot** | |
| State the term remaining | |
| List the contract number of any government contract | **Jeff Snyder**<br>**3275 N Old State Road 3**<br>**Kendallville, IN 46755** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Avilla Motor Works, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF INDIANA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Royce and Alicia Thacker** | **20 N S Rd 3 Lagrange, IN 46761** | **Watson, Jeffrey** | ☐ D _____ <br> ☑ E/F __3.14__ <br> ☐ G _____ |
| 2.2 **Royce and Alicia Thacker** | **20 N S Rd 3 Lagrange, IN 46761** | **Farmers & Merchants Bank** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Royce and Alicia Thacker** | **20 N S Rd 3 Lagrange, IN 46761** | **Huntington National Bank** | ☑ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Royce E. Thacker II** | **20 N S Rd 3 Lagrange, IN 46761** | **Pearl Delta Funding, LLC** | ☐ D _____ <br> ☑ E/F __3.8__ <br> ☐ G _____ |
| 2.5 **Thacker Real Estate, LLC** | **228 E 4th St Avilla, IN 46710** | **Farmers & Merchants Bank** | ☑ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Avilla Motor Works, Inc.**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name  **Avilla Motor Works, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$250,139.00** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$922,396.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   |  |  |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.  **Farmers and Merchants Bank**<br>**P.O. Box 158**<br>**Laotto, IN 46763** | 2/25/2025 | $15,678.75 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Avilla Motor Works, Inc.**                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **NAPA Auto Parts, LLC**<br>**2999 Wildwood Pkwy**<br>**Atlanta, GA 30339** | **March 2025** | **$9,699.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Pearl Funding/Funding Metrics**<br>**(Lendini)**<br>**3220 Tillman Drive**<br>**Suite 200**<br>**Bensalem, PA 19020** | **Jan - March 2025** | **$21,658.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA loan payments** |
| 3.4. **Fuelman / Corpay**<br>**Attn: Customer Service**<br>**PO Box 1239**<br>**Covington, LA 70434** | **Jan-Mar 2025** | **$14,700.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    Avilla Motor Works, Inc.                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Pearl Delta Funding, LLC v. Avilla Motor Works, Inc. and Royce E. Thacker, II** | Collection | **Supreme Court of New York - Nassau Co<br>100 Supreme Ct Dr<br>Mineola, NY 11501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Ashley Richards, Individually and as Parent/Legal Guardian of named minor child v. Christian Whitfield, Avilla Motor Works, Inc., Traders Insurance Company<br>17D02-2308-CT-000032** | Accident claim | **Dekalb Superior Court 2<br>100 S Main St<br>Auburn, IN 46706** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Avilla Motor Works, Inc.**                                    Case number *(if known)*_____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **HallerColvin PC**<br>**444 East Main Street**<br>**Fort Wayne, IN 46802** | **Bankruptcy retainer and pre-petition services** | **3/24/2025** | **$15,012.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **HallerColvin PC**<br>**444 East Main Street**<br>**Fort Wayne, IN 46802** | **Filing fee** | **3/24/2025** | **$1,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **S & K Stuff, LLC**<br>**2305 E Cardinal Dr**<br>**Columbia City, IN 46725** | **2017 Kenworth T270 VIN -47** | **12/26/2023** | **$77,000.00** |
| | Relationship to debtor<br>**Buyer** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

Debtor    **Avilla Motor Works, Inc.**                                    Case number *(if known)*

---

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Debtor   **Avilla Motor Works, Inc.**                                          Case number *(if known)*

---

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | | **Various vehicles in for repair and towed vehicles, impounds and accident vehicles** | **Unknown** |

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    **Avilla Motor Works, Inc.**                                Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **R&L Tax**<br>**1801 Ida Red Rd**<br>**Kendallville, IN 46755** | **1996 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **R&L Tax**<br>**1801 Ida Red Rd**<br>**Kendallville, IN 46755** | **1996 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **R&L Tax**<br>**1801 Ida Red Rd**<br>**Kendallville, IN 46755** | |
| 26c.2.    **Royce E. Thacker II**<br>**20 N S Rd 3**<br>**Lagrange, IN 46761** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Royce E. Thacker II** | **20 N S Rd 3**<br>**Lagrange, IN 46761** | **CEO** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alicia R. Thacker** | **20 N S Rd 3**<br>**Lagrange, IN 46761** | **President** | **50** |

Debtor    **Avilla Motor Works, Inc.**                                    Case number *(if known)*

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Royce E. Thacker II**<br>**20 N S Rd 3**<br>**Lagrange, IN 46761** | **$1,500/week salary; 2025 payments missed, total 2025 YTD $9,000; total for 2024 year: $62,253** | **2024-2025** | **Salary: General manager, driver, towing, and repairs.** |
| | Relationship to debtor<br>**CEO** | | | |
| 30.2. | **Alicia R. Thacker**<br>**20 N S Rd 3**<br>**Lagrange, IN 46761** | **No payments in 2025; total for 2024: $65,614** | **Jan-Dec 2024** | **Salary, office manager, and bookkeeping** |
| | Relationship to debtor<br>**President** | | | |
| 30.3. | **Owen Thacker**<br>**224 N Baum St**<br>**Avilla, IN 46710** | **2025 YTD: $14,513.99**<br>**For 2024: $57,804.00** | **2024 to present** | **Wages as tow operator and service writer** |
| | Relationship to debtor<br>**Son of Royce and Alicia Thacker** | | | |
| 30.4. | **Thacker Real Estate, LLC**<br>**228 E 4th St**<br>**Avilla, IN 46710** | **$1660.75/mo payments as rent of facility Payments to mortgagor, Farmers & Merchants Bank; payments made monthly last year and 2025 YTD** | **2024 to present** | **Use and occupancy of business premises where Debtor operates** |
| | Relationship to debtor<br>**Affiliate of Debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor      **Avilla Motor Works, Inc.**                                    Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April  7, 2025**

**/s/ Royce E. Thacker II**                                    **Royce E. Thacker II**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Indiana

In re __Avilla Motor Works, Inc.__        Case No. _____
                  Debtor(s)        Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **6,491.40** **Prepetition Services; Post-Petition at below noted hourly rates** |
| Prior to the filing of this statement I have received | $ | **8,520.60** Chapter 11 Retainer |
| | $ | **1,738.00** Chapter 11 Filing Fee |
| Balance Due | $ | **0.00** |

Hourly Rates:

$225-$410/hr. - Partners

$175-$250/hr. - Associates

2.  The source of the compensation paid to me was:

☑ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Preparation and filing of documents, agreements, and applications as needed in this Chapter 11 case, representation of the Chapter 11 estate, and counseling Debtor regarding same.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the Debtor in non-bankruptcy matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__April 7, 2025__
*Date*

       **Scot T. Skekloff 15849-02**
       *Signature of Attorney*
       **HallerColvin PC**
       **444 East Main Street**
       **Fort Wayne, IN 46802**
       **(260) 426-0444   Fax: (260) 422-0274**
       **sskekloff@hallercolvin.com**
       *Name of law firm*

# United States Bankruptcy Court
## Northern District of Indiana

In re  **Avilla Motor Works, Inc.** _____ Case No. _____

Debtor(s)  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Royce E. Thacker II and Alicia R. Thacker (jointly) 20 N S Rd 3 Lagrange, IN 46761** | **Common** | **100** | **100% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April  7, 2025** _____     Signature  **/s/ Royce E. Thacker II** _____
**Royce E. Thacker II**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Avilla Motor Works, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April  7, 2025**

**/s/ Royce E. Thacker II**

**Royce E. Thacker II**/CEO
Signer/Title

ASHLEY RICHARDS, INDIVIDUALLY AND AS
PARENT/GUARDIAN OF A MINOR CHILD
C/O MATTHEW THOMAS KAVANAGH, ESQ.
931 SOUTH RANGELINE ROAD
CARMEL, IN 46032


BANKER'S BANK
PO BOX 1000
FORT WAYNE, IN 46801


BURT BLEE DIXON SUTTON & BLOOM LLP
200 E. MAIN STREET, SUITE 1000
FORT WAYNE, IN 46802


CAR RECYCLERS
13685 N SR 13
NORTH MANCHESTER, IN 46962


CHASE CARD SERVICES
CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM, IL 60197-6294


FARMERS & MERCHANTS BANK
6464 MERCHANTS DR
LAOTTO, IN 46763


FUELMAN / CORPAY
ATTN: CUSTOMER SERVICE
PO BOX 1239
COVINGTON, LA 70434


FUNDING METRICS, LLC DBA LENDINI (UPDTD)
3220 TILLMAN DRIVE
SUITE 200
BENSALEM, PA 19020


HEDINGERS EQUIPMENT
321 S. WILDER ST.
GREENSBURG, IN 47240

```
HUNTINGTON NATIONAL BANK
11100 WAYZATA BLVD #700
HOPKINS, MN 55305


JEFF SNYDER
3275 N OLD STATE ROAD 3
KENDALLVILLE, IN 46755


JPMORGAN CHASE BANK, N.A.
MAIL CODE LA4-7100
700 KANSAS LANE
MONROE, LA 71203


KENNETH T. CREWS
WILLIAMS & WILLIAMS
1612 NE EXPRESSWAY
ATLANTA, GA 30329


LAW OFFICE OF PROGRESSIVE GRP OF INS COS
ATTN: DAVID EDWARD JACUK
111 CONGRESSIONAL BLVD
CARMEL, IN 46032


PEARL DELTA FUNDING, LLC
112 W 34TH ST, 18TH FL
NEW YORK, NY 10120


ROYCE AND ALICIA THACKER
20 N S RD 3
LAGRANGE, IN 46761


ROYCE E. THACKER II
20 N S RD 3
LAGRANGE, IN 46761


SELKING INTERNATIONAL & IDEALEASE
2807 GOSHEN RD.
FORT WAYNE, IN 46808
```

STOOPS FREIGHTLINER
12247 DECLARATION DR
NEW HAVEN, IN 46774-9495


SUPERFLEET MASTERCARD
P.O. BOX 70995
CHARLOTTE, NC 28272-0995


THACKER REAL ESTATE, LLC
228 E 4TH ST
AVILLA, IN 46710


THEODORE JON COHEN
PEARL CAPITAL
410 JERICHO TURNPIKE #220
JERICHO, NY 11753


TIMOTHY CLAXTON, ESQ.
BURT BLEE DIXON SUTTON & BLOOM LLP
200 E. MAIN STREET, SUITE 1000
FORT WAYNE, IN 46802


TIREVILLE AUTOMOTIVE & TIRE CENTER
4490 STATE HWY 327
FAUNSDALE, AL 36738


UNIFIRST CORPORATION
4520 SECRETARY DRIVE
FORT WAYNE, IN 46808


WATSON, JEFFREY
1522 WINDSOR RD
FORT WAYNE, IN 46825


WELLER TRUCK PARTS
1500 GEZON PARKWAY SW
WYOMING, MI 49509

ZIPS TRUCK EQUIPMENT, INC.
316 N MILWAUKEE ST
PO BOX 511
NEW HAMPTON, IA 50659

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Avilla Motor Works, Inc.**      Case No.

Debtor(s)      Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Avilla Motor Works, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Royce E. Thacker II and
Alicia R. Thacker (jointly)
20 N S Rd 3
Lagrange, IN 46761**

☐ None [*Check if applicable*]

**April  7, 2025**

Date

**/s/ Scot T. Skekloff**

**Scot T. Skekloff 15849-02**

Signature of Attorney or Litigant
Counsel for   **Avilla Motor Works, Inc.**

**HallerColvin PC**
**444 East Main Street**
**Fort Wayne, IN 46802**
**(260) 426-0444 Fax:(260) 422-0274**
**sskekloff@hallercolvin.com**